AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Marshawn JACKSON<br>Codondrea Tiykweill PURDIE | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 04, 2023 _____ in the county of _____ Webb _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Alex Torres
*Complainant's signature*

Alex Torres                Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date:  March 06, 2023

_____
*Judge's signature*

City and state:   Laredo, Texas

Christopher dos Santos        U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
### In support of Criminal Complaint

UNITED STATES OF AMERICA

V.

Marshawn JACKSON, Codondrea Tiykweill PURDIE

CRIMINAL COMPLAINT

Case Number:

On March 5, 2023, a Border Patrol Agent (BPA) was working his assigned duties at the United States (U.S.) Border Patrol Checkpoint, located 29 miles north of Laredo, Texas in Webb County.

At approximately 8:20 p.m., a white tractor trailer approached the primary lane for an immigration inspection. The driver, Co'Dondrea Tiykweill PURDIE presented two forms of identification and the BPA asked PURDIE "if there was anybody else with him." PURDIE responded, "there was one passenger in the sleeper." The passenger, Marshawn JACKSON, stepped out of the sleeper and was in the BPA's view to see into the sleeper. The BPA asked PURDIE "Do you mind going through the X-Ray machine?" PURDIE verbally consented saying "Yeah" and nodded his head up and down. PURDIE pulled away from the primary inspection toward the Non-Intrusive Inspection (NII).

After the white tractor trailer drove through the NII, NII BPA 1 analyzed the image. Anomalies were detected in the sleeper area of the cabin and advised NII BPA 2 to hold the white tractor trailer to verify the source of anomalies. NII BPA 2 asked PURDIE and JACKSON to step out and asked PURDIE "if there were any other passengers besides him and JACKSON." PURDIE responded, "No, Sir." BPA 3 entered the tractor and discovered four subjects concealed under blankets and behind backpacks. An immigration inspection was conducted on the subjects, revealing the subjects were illegally present in the U.S. without proper documentation to be or remain in the U.S. legally. All subjects were placed under arrest and escorted into the checkpoint for further processing.

Co'Dondrea Tiykweill PURDIE was read his rights as per Service Form I-214. PURDIE refused to answer any questions without legal representation.

Marshawn JACKSON was read his rights as per Service Form I-214. JACKSON refused to answer any questions without legal representation.

Jose Roberto ORTEGA-Sanchez, a national of Mexico, is serving as a material witness in the case. ORTEGA-Sanchez made the arrangements to come to the U.S. and stated his destination was Chicago, Illinois, but PURDIE and JACKSON were only driving to San Antonio, Texas. ORTEGA-Sanchez illegally crossed the Rio Grande River into Laredo, Texas on March 1, 2023. After crossing the river, he walked briefly before being picked up by an unknown male driving an unknown vehicle and taken to a house. ORTEGA-Sanchez stayed at the house till March 4, 2023, and another unknown male drove him and another subject to a parking lot where a tractor trailer was already waiting for them. ORTEGA-Sanchez stated a male driver, and a male co-driver were already inside and stated both guided them to the sleeper bed and instructed them with hand gestures to lay down as they did not speak Spanish. ORTEGA-Sanchez stated once they were laid down flat on the bed, both driver and co-driver covered them with blankets and backpacks. ORTEGA-Sanchez stated two other subjects were covered in the bunk bed below them.

SUBSCRIBED and SWORN to before me on

_____6th_____    day of    _____March, 2023_____

_____
Signature of Judicial Officer

/S/ Torres, Alex    Border Patrol Agent
_____
Signature of Complainant